No. 11–591. SLOUGH ET AL. *v.* UNITED STATES. C. A. D. C. Cir. Motion of respondent for leave to file brief in opposition under seal with redacted copies for the public record granted. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this motion and this petition.

No. 11–955. SIEGELMAN *v.* UNITED STATES; and
No. 11–972. SCRUSHY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of these petitions. Reported below: 640 F. 3d 1159.

No. 11–1309. RICHARDS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–10096. SPRINGER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–10117. RIOS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–10121. MERCADO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–10149. PARKER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–10181. SCHOTZ *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–10188. WYATT *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–981. SUTTON *v.* COLSON, WARDEN, *ante*, p. 938;

No. 11–8066. GIBSON v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI, *ante*, p. 908;

No. 11–8068. WATKINS v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI, *ante*, p. 908;

No. 11–8481. GOLDBLATT v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI, *ante*, p. 908;

No. 11–8580. ADAMS v. McQUIGGIN, WARDEN, *ante*, p. 912;

No. 11–8596. ECTOR v. HOWERTON, WARDEN, *ante*, p. 925;

No. 11–8612. SHABAZZ v. SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY, ET AL., *ante*, p. 925;

No. 11–8662. BACCHUS v. SOUTHEASTERN MECHANICAL SERVICES, INC., *ante*, p. 941;

No. 11–8719. HOWARD v. UNC HEALTHCARE SYSTEM ET AL., 565 U. S. 1271;

No. 11–8869. MONIZ v. McKEE, WARDEN, *ante*, p. 913;

No. 11–8943. KEMPPAINEN v. TEXAS, *ante*, p. 965; and

No. 11–9093. WRIGHT v. BONDI, ATTORNEY GENERAL OF FLORIDA, ET AL., *ante*, p. 949. Petitions for rehearing denied.

No. 11–8830. DIAZ-GUTIERREZ v. UNITED STATES, 565 U. S. 1276; and

No. 11–9086. STONE v. UNITED STATES, *ante*, p. 930. Petitions for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of these petitions.

No. 09–7736. BANKES v. PERRY COUNTY CHILDREN AND YOUTH SERVICES, 559 U. S. 910;

No. 09–8723. DRIESSEN v. FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES ET AL., 559 U. S. 1039; and

No. 10–612. ANDERSON ET AL. v. OBAMA, PRESIDENT OF THE UNITED STATES, 562 U. S. 1139. Motions for leave to file petitions for rehearing denied.